# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0536
LT Case No. 1990-CF-002625-A

_____

GEORGE STALLWORTH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

George Stallworth, Bushnell, pro se.

James Uthmeier, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

October 14, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____